IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROY ERNEST RICHMOND, III | : | C.A. No.: 04-1466 |
|     Plaintiff | : | |
| v. | : | |
| | : | |
| DENNIS DIORIO and | : | |
| CROWELL CORPORATION | : | |
|     Defendants | : | |

STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE CLERK:

It is hereby stipulated and agreed by and between counsel of record for the parties herein that the above-captioned matter be dismissed with prejudice.

Delia A. Clark, Esquire
Rawle & Henderson. LLP
300 Delaware Avenue
Suite 1015
Wilmington, DE 19103
Attorney for Defendants

Ronald A. Kovler, Esquire
Kovler & Rush, P.C.
The North American Bldg., 13th Floor
121 South Broad Street
Philadelphia, PA 19107

Richard F. Rago
1401 Pennsylvania Avenue
Suite 101
Wilmington, DE 19806
Attorneys for Plaintiff

1246427 v.1